IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.

RAMon Betances

Criminal Case No. 09 MJ 83

MAY 11 2009

## STATEMENT OF RIGHTS AND WAIVER

The United States Magistrate Judge has explained to me the nature of the offense with which I am charged and the possible penalties which might be imposed if I am found guilty.

The Magistrate Judge has fully informed me of my right to counsel; my right to trial, judgment and sentencing before a Judge of the United States District Court; and of my right to a jury trial before a United States District Judge or Magistrate Judge.

I have been further advised of the statutory provision of the Speedy Trial Act relating to my rights to time to prepare for trial (Title 18 U.S.C. Section 3161(c)(2)), and of the Court's proposed schedule for hearing in this case.

I HEREBY:

(✓) Waive my right to trial, judgment and sentencing by a United States District Judge.

(✓) Consent to have the charges against me disposed of before the United States Magistrate Judge.

(✓) Waive my right to counsel.

(✓) Waive my right to trial by jury either before a United States District Judge or Magistrate Judge.

(✓) Waive my right to have this matter continued for thirty (30) days under the Speedy Trial Act and consent to the immediate trial of the case or to the trial date set by the Court.

_____        5/11/2009
Defendant                              Date

_____
Defendant's counsel or witness