PROB 35                          **Report and Order Terminating Probation**
(Mod.ED/VA-Rev. 05/05)                 **Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

DEC 21 2009

UNITED STATES OF AMERICA

V.                                                   Crim. No. 3:09MJ00083-001

Ramon Betances

On May 11, 2009, the above-named defendant was placed on probation for a period of 1 year. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Charles E. Moore
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _18th_ day of _December_, 20_09_.

/s/
M. Hannah Lauck
United States Magistrate Judge

M. Hannah Lauck
U.S. Magistrate Judge

**TO CLERK'S OFFICE**